# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-3262
_____

United States of America

*Plaintiff - Appellee*

v.

Keelyn Morelle Stokes

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: February 12, 2024
Filed: February 15, 2024
[Unpublished]
_____

Before LOKEN, BENTON, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Keelyn Stokes served his 85-month sentence for being a felon in possession of a firearm and commenced a three-year term of supervised release in February 2021. Supervised release was revoked and he was sentenced to time served in February 2023. In August, the probation office petitioned to revoke supervised release based on four new law violations, including charges of domestic battery and theft pending

in state court. At the revocation hearing, Stokes did not dispute the violations and the parties jointly recommended a within-range revocation sentence of 13 months in prison followed by an additional 12 months of supervised release. See USSG § 7B1.4(a). The district court[1] revoked supervised release, accepted the joint recommendation, and imposed that sentence, which Stokes then appealed.

On appeal, counsel moved to withdraw and filed a brief arguing that the revocation sentence is substantively unreasonable. Stokes filed a supplemental pro se brief raising additional issues. Upon careful review, we conclude that the within-range sentence for a second supervised release revocation is not substantively unreasonable, and that the additional issues raised in the pro se supplemental brief are without merit. Accordingly, we grant counsel's motion to withdraw and affirm.

_____

[1]The Honorable Stephanie M. Rose, Chief Judge of the United States District Court for the Southern District of Iowa.